IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| OLIVIA HILL,<br>    Plaintiff,<br><br>vs.<br><br>VANDERBILT UNIVERSITY,<br>    Defendant. | Civil Action No. 3:21-CV-00747<br>JURY DEMAND. |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Olivia Hill and Defendant Vanderbilt University stipulate to the dismissal of this action with prejudice with each party to bear their own costs and attorney fees.

Dated January 19, 2022

Respectfully submitted,

By:  */s/ John P. Nefflen*

John P. Nefflen (TN BPR #20226)
SHACKLEFORD, BOWEN, MCKINLEY & NORTON, LLP
1 Music Circle South, Suite 300
Nashville, Tennessee 37203
T. (615) 329-4440
F. (615) 329-3385
Email: jnefflen@shackelford.law

Abby R. Rubenfeld (TN BPR #6645)
RUBENFELD LAW OFFICE, PC
202 South Eleventh Street
Nashville, Tennessee 37206
T. (615) 386-9077
F. (615) 386-3897
Email: arubenfeld@rubenfeldlaw.com

Thomas J. Mew, IV (*admitted PHV*)
Buckley Beal, LLP
600 Peachtree Street, N.E., Suite 3900
Atlanta, Georgia 30308
T. (404) 920-0348
Email: tmew@buckleybeal.com

*Attorneys for Plaintiff Olivia Hill*


/s/ Marquetta J. Bryan
Marquetta J. Bryan (*admitted PHV*)
Shaniqua L. Singleton (*admitted PHV*)
NELSON MULLINS RILEY
& SCARBOROUGH, LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Phone: (404) 322-6000
marquetta.bryan@nelsonmullins.com
shaniqua.singleton@nelsonmullins.com

and

Woods Drinkwater (BPRN 33838)
NELSON MULLINS RILEY
& SCARBOROUGH, LLP
150 Fourth Avenue, North, Suite 1100
Nashville, TN 37219
Phone: (615) 664 –5307
woods.drinkwater@nelsonmullins.com


*Attorneys for Defendant Vanderbilt University*

**CERTIFICATE OF SERVICE**

      I certify that on January 19, 2022, I electronically filed the foregoing *STIPULATION OF DISMISSAL* with the Clerk of the Court using the CM/ECF system which will send notification of this filing to CM/ECF participants registered to receive service in this case, including:

| | |
|---|---|
| Woods Drinkwater<br>NELSON MULLINS RILEY<br>& SCARBOROUGH, LLP<br>150 Fourth Avenue, North, Suite 1100<br>Nashville, TN 37219<br>Phone: (615) 664 –5307<br>woods.drinkwater@nelsonmullins.com | Marquetta J. Bryan<br>Shaniqua L. Singleton (*admitted PHV*)<br>NELSON MULLINS RILEY<br>& SCARBOROUGH, LLP<br>201 17th Street, NW, Suite 1700<br>Atlanta, GA 30363<br>Phone: (404) 322-6000<br>marquetta.bryan@nelsonmullins.com<br>shaniqua.singleton@nelsonmullins.com |

                                          */s/ John P. Nefflen*
                                          John P. Nefflen