# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Olivia Hill

                Plaintiff,

v.                                                     Case No.: 3:21−cv−00747

Vanderbilt University

                Defendant,

## **ENTRY OF JUDGMENT**

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/14/2022 re [43].

                                                                                    Lynda M. Hill
                                                                s/ Lindsay Newsom, Deputy Clerk